Eric J. Troutman (State Bar # 229263)
eric.troutman@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
T: 213.624.2500
F: 213.623.4581

Attorney for Defendant

*ADDITIONAL SUBMITTING COUNSEL ON SIGNATURE PAGE*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN FLORES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAPA JOHN'S USA, INC.,<br><br>Defendant | Case No.: 2:20-CV-01672<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY**<br><br>Action Filed:    February 20, 2020<br><br>Judge:        Hon. Dale S. Fischer |

Notice is hereby given that Plaintiff Bryan Flores and Defendant Papa John's USA, Inc. (collectively, the "Parties") have reached a settlement in principle and are in the process of documenting that settlement. The Parties anticipate voluntarily dismissing the dispute pursuant to Fed. R. Civ. P. 41 within 30 days. Accordingly, the Parties hereby request a stay of all current deadlines for 30 days so that the prospective settlement can be completed.

**BEAUMONT COSTALES LLC**

Dated: September 3, 2020   By: */s/ William H. Beaumont*
William H. Beaumont (*pro hac vice*)
Attorney for Plaintiff, Bryan Flores

**SQUIRE PATTON BOGGS (US) LLP**

Dated: September 3, 2020   By: */s/ Eric J. Troutman*
Eric J. Troutman, Attorney for Defendant Papa Johns USA, Inc.

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3(a)(2)(i)

I, Eric J. Troutman, am the ECF User whose identification and password are being used to file this joint stipulation.  Per Local Rule 5-4.3(a)(2)(i), I hereby attest that all other signatories listed and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 3, 2020          By: */s/ Eric J. Troutman*
                                  Eric J. Troutman