JS-6

1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

12
13   BRYAN FLORES, individually and on
behalf of all others similarly situated,

14
            Plaintiffs,

15
v.

16
17   PAPA JOHN'S USA, INC.,

18
            Defendant

19

Case No.: 2:20-CV-01672

**ORDER DISMISSING ACTION
WITH PREJUDICE**

Action Filed:      February 20, 2020

Judge:              Hon. Dale S. Fischer

20
21       Having reviewed the parties' Joint Stipulation For Dismissal Of Action With

22   Prejudice, which stipulation was submitted on October 20, 2020, and good cause

23   having been shown, the Court ORDERS as follows:

24
25       1.      Plaintiff Bryan Flores' Complaint is hereby DISMISSED WITH

26   PREJUDICE against the Named Plaintiff, and without prejudice against the

27
28

proposed class. Plaintiff has not sought class certification, a class was not certified, and no notice was given to a prospective class; and

2.    Each party is to bear its/his own costs and attorneys' fees incurred in this matter.

**IT IS SO ORDERED**.

Dated:  October 20, 2020

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE